DEBORAH M SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RICHARD C. DEBILZAN,** <br><br> Defendant | Case Number <br><br> **COUNT I** <br> Driving while intoxicated <br> (Class A Misdemeanor) <br> Violation of AS 28.35.030 and <br> 18 U.S.C § 13 <br><br> **INFORMATION** |

THE SPECIAL ASSISTANT UNITED STATES ATTORNEY CHARGES:

COUNT I

That on or about the 30th day of October, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant, RICHARD C. DEBILZAN, did unlawfully drive a motor vehicle after consuming alcohol in violation of Alaska Statutes § 28.35.280, as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this _17th___ day of ____February___, 2006, at Fairbanks, Alaska.

                                                  DEBORAH M SMITH
                                                  Acting United States Attorney

                                                  <u>s/J. Thomas Bartleson</u>
                                                  J. THOMAS BARTLESON
                                                  Special Assistant U.S Attorney
                                                  101 12th Avenue, Room 310
                                                  Fairbanks, Alaska 99701
                                                  Telephone: (907)353-6554/6500
                                                  Fax: (907)353-6501
                                                  Email: <u>tom.bartleson@us.army.mil</u>
                                                  Bar #: