**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   RICHARD C. DEBILZAN

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                      CASE NO.  4:06-cr-00006-TWH

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 24, 2006

**ARRAIGNMENT** in the above-case is hereby set for **Thursday, March 23, 2006 at 9:00 a.m.** before Terrance W. Hall, U.S. Magistrate Judge, in Courtroom 2, Room 326, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

[ ]{IA.WPD*Rev.12/96}