Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD C. DEBILZAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. 4:06-cr-00006 (TWH)

### ENTRY OF APPEARANCE

COMES NOW The Law Offices Of William R. Satterberg, Jr., and hereby enters its appearance on behalf of RICHARD DEBILZAN, in the above-captioned case, and requests that copies of all future pleadings, correspondence and memoranda be served upon him at 709 Fourth Avenue, Fairbanks, Alaska, 99701.

DATED in Fairbanks, Alaska this 20th day of March, 2006.

THE LAW OFFICES OF WILLIAM R. SATTERBERG, JR.

By: ___s/THOMAS I. TEMPLE___
Thomas I. Temple
ABA No. 0111075
Attorney for Defendant

:rw

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
COURIER to:
**Thomas Bartleson, Special Asst. U.S. Attorney**
BY THE LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: R. Welch       Date: 3/21/06