MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs RICHARD C. DEBILZAN    CASE NO. 4:06-CR-0006-TWH
Defendant: X Present    ___In Custody    ___On Summons    ___On Bond

BEFORE THE HONORABLE    TERRANCE W. HALL

DEPUTY CLERK/RECORDER:    MISTY DAVENPORT

UNITED STATES ATTORNEY:    CAPT. J. THOMAS BARTLESON

DEFENDANT'S ATTORNEY:    THOMAS TEMPLE

U.S.P.O.:    MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT Held: 03-23-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

 X Copy of Inf/Ind/Cmplt given to defendant: waived reading.

 X Defendant sworn.

 X Waived full advisement.

 X Defendant advised of charges and penalties.

 X Defendant states true name: RICHARD C. DEBILZAN

 X PLEA(S):    ___Guilty to Counts
             X Not Guilty to Counts 1 of Information

 X Counsel advised of trial date: May 17, 2006 @ 8:30 a.m.

 X Court accepted plea(s).

 X Consent to be filed by March 29, 2006 or case shall be trans-
   ferred to U.S. District Judge.

 X Conditions of Release filed.

 X Pretrial motions due    April 13, 2006

 X OTHER:    Discovery shall be provided by April 3, 2006.  A
Final Pretrial Conference is set for 2:00 p.m. on May 11, 2006.

At 9:16 a.m. court adjourned.

DATE:    03-24-06    DEPUTY CLERK'S INITIALS:    MLD