Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
vs.                              )
                                 )
RICHARD C. DEBILZAN,             )
                                 )
            Defendant.           )
_____)

Case No. 4:06-cr-00006 (TWH)

## NOTICE TO COURT

RICHARD C. DEBILZAN hereby notifies the Court that he does not waive his right to trial by jury, nor does he waive his right to time to prepare for trial.

Richard DeBilzan consents to trial before Federal Magistrate Judge Hall and a jury of his peers.

DATED in Fairbanks, Alaska this 29th day of March, 2006.

By:   s/THOMAS I. TEMPLE
      Thomas I. Temple
      ABA No. 0111075
      Attorney for Defendant

:rw

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
COURIER to:
**Thomas Bartleson, Special Asst. U.S. Attorney**
BY THE LAW OFFICES OF
WILLIAM R. SATTERBERG, JR.
By: R. Welch          Date: 3/29/06