Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,             )
                                  )
   vs.                             )
                                  )
RICHARD C. DEBILZAN,               )
                                  )
            Defendant.             )
_____)
Case No. 4:06-cr-00006 (TWH)

## STIPULATION TO CONTINUE

COME NOW the parties, RICHARD C. DEBILZAN by his attorney of record, The Law Offices of William R. Satterberg, Jr., and UNITED STATES OF AMERICA by its attorney J. Thomas Bartleson, and hereby agree to continue trial until after May 31, 2006, at the court's convenience, inasmuch as the Defendant's attorney has a felony murder trial in Barrow, Alaska, Case No. 2BA-S05-219 Criminal, State v. Lozano, and will be unable to attend trial in the above-captioned matter at the scheduled time.

Dated: April 7, 2006          By:   s/THOMAS I. TEMPLE
                                    Thomas I. Temple
                                    ABA No. 0111075
                                    Attorney for Defendant

Dated: April 7, 2006          By:   s/J.THOMAS BARTLESON (consent)
                                    J. Thomas Bartleson
                                    Special Assistant U.S. Attorney

:js

Stipulation to Continue/Case No. 4:06-cr-0006 (TWH)
USA v. Debilzan/Page No. 2