Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD C. DEBILZAN, | ) |
| | ) |
| Defendant. | ) |

Case No. 4:06-cr-00006 (TWH)

### ERRATA TO STIPULATION TO CONTINUE

COME NOW the parties, RICHARD C. DEBILZAN by his attorney of record, The Law Offices of William R. Satterberg, Jr., and UNITED STATES OF AMERICA by its attorney J. Thomas Bartleson, and hereby agree to continue trial until after May 31, 2006, at the court's convenience, inasmuch as the Defendant's attorney has a felony murder trial in Barrow, Alaska, Case No. 2BA-S05-219 Criminal, State v. Lozano, and will be unable to attend trial in the above-captioned matter at the scheduled time.

matter abc 021

Dated: April 7, 2006          By:      s/THOMAS I. TEMPLE
                                       Thomas I. Temple
                                       ABA No. 0111075
                                       Attorney for Defendant

Dated: April 7, 2006          By:      s/J.THOMAS BARTLESON (consent)
                                       J. Thomas Bartleson
                                       Special Assistant U.S. Attorney

:js

### ORDER

Considering the foregoing Stipulation of counsel;

IT IS HEREBY ORDERED that the Stipulation to Continue is hereby GRANTED.

Trial shall be continued to _____.

_____
Magistrate Hall