Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RICHARD C. DEBILZAN, | ) ) |
| Defendant. | ) ) |

Case No. 4:06-cr-00006 (TWH)

### ERRATA TO STIPULATION TO CONTINUE

COMES NOW the Defendant, RICHARD C. DEBILZAN by his attorney of record, The Law Offices of William R. Satterberg, Jr., and attaches a proposed order in the Stipulation to Continue that was previously neglected.

Dated: April 7, 2006           By:   s/THOMAS I. TEMPLE
                                     Thomas I. Temple
                                     709 Fourth Avenue
                                     Fairbanks, Alaska 99701
                                     907-452-4454 (Phone)
                                     907-452-3988 (Fax)
                                     E-mail: temple@acsalaska.net
                                     ABA No. 0111075
                                     Attorney for Defendant

:js

matter abc 025