Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD C. DEBILZAN, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No. 4:06-cr-00006 (TWH)

### ORDER

Considering the foregoing Stipulation of counsel;

IT IS HEREBY ORDERED that the Stipulation to Continue is hereby GRANTED.

Trial shall be continued to _____.


_____
Magistrate Hall


:js

matter abc 026