DEBORAH M SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RICHARD C. DEBILZAN,** <br><br> Defendant | Case No. 4:06-CR-00006 (TWH) <br><br> **COUNT ONE** <br> Reckless Driving <br> AK § 28.35.040 <br><br> **SUPERSEDING INFORMATION** |

### S U P E R S E D I N G   I N F O R M A T I O N

THE SPECIAL ASSISTANT UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

That on or about the 30th day of October, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant RICHARD C. DEBILZAN, did unlawfully drive a motor vehicle in a manner that created a substantial and unjustifiable risk of harm to a person or property, in violation of

Alaska Statutes § 28.35.040 as assimilated into federal law by operation of 18 U.S.C. § 13.

Dated this 12th Day of April, 2006, at Fort Wainwright, Alaska.

                DEBORAH M. SMITH
                ACTING UNITED STATES ATTORNEY

       /s/ J. Thomas Bartleson
       J. Thomas Bartleson
       Special Assistant U.S. Attorney
       101 12th Avenue, Room 310
       Fairbanks, Alaska 99701
       Telephone: (907)353-6513/6500
       Fax:(907)353-6501
       MT Bar Number:  6009

**CERTIFICATE OF SERVICE**

I certify that on April 12th, 2006,
a copy of this SUPERSEDING INFORMATION
was served electronically on:

Thomas I. Temple, Esq.

/s/ J. Thomas Bartleson