Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK  99701
Telephone (907) 452-4454
Fax (907) 452-3988

**Attorney for the Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD C. DEBILZAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. 4:06-cr-00006 (TWH)

## MOTION TO VACATE TRIAL AND MOTION FOR CHANGE OF PLEA AND SENTENCING HEARING

COMES NOW the Defendant, RICHARD C. DEBILZAN by his attorney of record, The Law Offices of William R. Satterberg, Jr., and moves this court to vacate the trial in the above-captioned matter, inasmuch as a plea bargain has been reached.

The Defendant requests that the trial of May 17, 2006, be vacated and replaced with a change of plea and sentencing hearing.  Counsel for the Defendant will be unavailable to attend any change of plea and sentencing hearing from May 7 through May 21, 2006, as he will be in Barrow conducting a murder trial.  The Defendant has agreed to waive any presentence report.

Dated: April 13, 2006                  By:     s/THOMAS I. TEMPLE
                                               Thomas I. Temple
                                               709 Fourth Avenue
                                               Fairbanks, Alaska 99701
                                               907-452-4454 (Phone)
                                               907-452-3988 (Fax)
                                               E-mail:  temple@acsalaska.net
                                               ABA No. 0111075
                                               Attorney for Defendant

:js

Motion to Vacate Trial and Motion for Change of Plea and Sentencing Hearing
Case No. 4:06-cr-0006 (TWH)
USA v. Debilzan/Page No. 2