Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD C. DEBILZAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. 4:06-cr-00006 (TWH)

### ORDER

Considering the foregoing Stipulation of counsel;

IT IS HEREBY ORDERED that the Motion to Vacate Trial and Motion for Change of Plea and Sentencing Hearing is hereby GRANTED. The trial of May 17, 2006, is vacated.

The Change of Plea and Sentencing Hearing will be announced.

_____
Magistrate Hall

:js

matter abc 030