Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RICHARD C. DEBILZAN, | ) ) |
| Defendant. | ) ) |

Case No. 4:06-cr-00006 (TWH)

### NOTICE OF CHANGE OF PLEA

COMES NOW the Defendant, RICHARD C. DEBILZAN by his attorney of record, The Law Offices of William R. Satterberg, Jr., and hereby gives this court notice of his intent to change his plea.

Dated: April 18, 2006         By:    s/THOMAS I. TEMPLE
                                     Thomas I. Temple
                                     709 Fourth Avenue
                                     Fairbanks, Alaska 99701
                                     907-452-4454 (Phone)
                                     907-452-3988 (Fax)
                                     E-mail: temple@acsalaska.net
                                     ABA No. 0111075
                                     Attorney for Defendant

:js