Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
    vs.                        )
                               )
RICHARD C. DEBILZAN,           )
                               )
            Defendant.         )
_____)

Case No. 4:06-cr-00006 (TWH)

### CERTIFICATE OF SERVICE

STATE OF ALASKA           )
                          ) ss.
FOURTH JUDICIAL DISTRICT  )

I hereby certify that on the 19th day of April, 2006, a copy of the foregoing Certificate of Service was electronically linked to the Notice of Intent to Change Plea and served electronically on Thomas Bartleson.

By:    s/THOMAS I. TEMPLE
Thomas I. Temple
709 Fourth Avenue
Fairbanks, Alaska 99701
907-452-4454 (Phone)
907-452-3988 (Fax)
E-mail: temple@acsalaska.net
ABA No. 0111075
Attorney for Defendant

:js

Certificate of Service/Case No. 4:06-cr-0006 (TWH)
USA v. Debilzan/Page No. 2