**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06-cr-00006-TWH-1 |
| | ) | |
| **RICHARD C. DEBILZAN** | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Eve C. Zamora enters her appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through his attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 23rd day of June 2006.

EVE C. ZAMORA

s/ Eve C. Zamora_____
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907) 353-6561-6510
Fax: (907) 353-6501
MN Bar: 0297859