**Nelson Cohen**
**United States Attorney**

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Case No. 4:06-cr-00006-TWH-1** |
| **Plaintiff,** | ) | |
| | ) | **GOVERNMENT'S** |
| vs. | ) | **SENTENCING** |
| | ) | **MEMORANDUM** |
| **RICHARD C. DEBILZAN** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Richard C. Debilzan, as follows:

**I.   Objections:**

The government has not objections to the Pre-Sentence Report (PSR) and anticipates that both parties will request that the Court accept the contemplated sentence set forth in the PSR.

**II.   Government's Recommendation:**

Based on the Presentence Investigation Report and the Addendum to the Report, the United States recommends the Court impose probation for one year pursuant to 18 U.S.C. § 3561, expressly including the mandatory conditions set forth in 18 U.S.C. § 3563(a).

RESPECTFULLY SUBMITTED this 15th day of September 2006.

NELSON COHEN
United States Attorney

/s/Eve C. Zamora
EVE C. ZAMORA
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6561/6510
Fax:(907)353-6501
Eve.zamora@wainwright.army.mil
MN Bar: 0297859

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006,
A copy of the foregoing **GOVERNMENT'S SENTENCING MEMO** was served via Electronic Filing on:

Thomas Temple,
Attorney for Defendant

/s/Eve C. Zamora