Thomas I. Temple
Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Telephone (907) 452-4454
Fax (907) 452-3988

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD C. DEBILZAN, | ) |
| | ) |
| Defendant. | ) |

Case No. 4:06-cr-00006 (TWH)

### SENTENCING MEMORANDUM

COMES NOW the Defendant, RICHARD C. DEBILZAN by his attorney of record, The Law Offices of William R. Satterberg, Jr., and hereby files his sentencing memorandum.

There is no disagreement with the information included in the presentence report. The agreed-upon sentence of a $250.00 fine, $25.00 special assessment, and one year probation is reasonable. There does not appear to be any issues in dispute regarding sentencing in this case.

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454

DATED in Fairbanks, Alaska this 15th day of September, 2006

By:    s/THOMAS I. TEMPLE
Thomas I. Temple
709 Fourth Avenue
Fairbanks, Alaska 99701
907-452-4454 (Phone)
907-452-3988 (Fax)
E-mail: temple@acsalaska.net
ABA No. 0111075
Attorney for Defendant

TT:pt:js

CERTIFICATE OF SERVICE
I hereby certify that a true copy
of the above document was sent via
FIRST CLASS MAIL to:

Marci D. Lundgren
Senior U.S. Probation/Pretrial Services Officer
101 12th Avenue, Room 322
Fairbanks, Alaska 99701

Lt. Eve Zamora
Special Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska 99701

By: Joanne Sipes    Date: September 15, 2006

LAW OFFICES
WILLIAM R. SATTERBERG, JR.
ATTORNEY AT LAW
709 FOURTH AVENUE
FAIRBANKS, ALASKA 99701
(907) 452-4454