MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _RICHARD C. DEBILZAN_ CASE NO._4:06-CR-00006-TWH_____
Defendant:_X_Present ___In Custody ___On Bond _X_On Summons

BEFORE THE HONORABLE:_____ TERRANCE W. HALL _____

DEPUTY CLERK/RECORDER:_____ CATHRINE CONKLIN _____

UNITED STATES' ATTORNEY:__ EVE ZAMORA _____

DEFENDANT'S ATTORNEY:_____ THOMAS TEMPLE _____

U.S.P.O.:_____ MARCI LUNDGREN _____

PROCEEDINGS: IMPOSITION OF SENTENCE      Held: September 21, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

X_Court stated findings/reasons pursuant to sentencing
guidelines.

X_Sentence imposed as stated in the judgment.

At 9:15 a.m. court adjourned.

DATE:_September 22, 2006_____ DEPUTY CLERK'S INITIALS:_cc___